IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                       CR. NO. S-05-0069 EJG

MARY ENGSTROM
        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,      CR. NO. S-05-0220 WBS

    v.

KATHLEEN AVERY,              <u>RELATED CASE ORDER</u>
 aka Kathleen Alexander,

        Defendant.
_____/

    Examination of the above-entitled actions reveals that they are related within the meaning of Eastern District Local Rule 83-123.  The actions arise out of the same law enforcement investigation and involve a common transaction.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

///

///

1

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action entitled Cr. No. S-05-0220 WBS is hereby reassigned to Judge Edward J. Garcia for all further proceedings. Henceforth, the caption on documents filed in the reassigned case shall be shown as Cr. No. S-05-0220 EJG.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

June 3, 2005           /s/ Edward J. Garcia

                       _____
                       EDWARD J. GARCIA, JUDGE
                       UNITED STATES DISTRICT COURT