# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| United States v. Engstrom; CR 05-69 EJG; Sentencing Hearing | 8 September 2005 |

| To | From |
|---|---|
| C. LYDON<br>Deputy Clerk to the<br>Hon. Edward G. Garcia | S. ROBERT TICE-RASKIN<br>Ass't U.S. Attorney |

Per your conversation with defense counsel, the parties agree and request the Court to continue sentencing from September 15, 2005 to November 18, 2005. Thank you.

16

**FILED**

SEP 12 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

**IT IS SO ORDERED**

*/s/ Edward J. Garcia*
9/12/05

cc: Matthew Roberts, Esq. (Via Telecopy 442.8290)