# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| <u>United States v. Engstrom</u>; CR 05-69 EJG; Sentencing Hearing | 10 November 2005 |

| To | From |
|---|---|
| C. LYDON<br>Deputy Clerk to the<br>Hon. Edward G. Garcia | /s/ S. ROBERT TICE-RASKIN<br>Ass't U.S. Attorney |

Per your conversation with defense counsel, the parties agree and request the Court to continue sentencing from November 18, 2005 to December 16, 2005. Thank you.

IT IS SO ORDERED

11/10/05

cc: Matthew Roberts, Esq. (Via Telecopy 442.8290)

FILED
NOV 14 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK