# Memorandum

**United States Attorney**
*Eastern District of California*



| Subject | Date |
|---|---|
| <u>United States v. Engstrom</u>; CR 05-69 EJG; Sentencing Hearing | 13 December 2005 |

| To | From |
|---|---|
| C. LYDON<br>Deputy Clerk to the<br>Hon. Edward G. Garcia | /s/ S. ROBERT TICE-RASKIN<br>Ass't U.S. Attorney |

The parties agree and request the Court to continue sentencing from December 16, 2005 to March 24, 2006 at 10:00 am. The Probation Officer has no objection. Thank you.

*/s/ EJG*

**IT IS SO ORDERED**

*/s/ Edward J. Garcia*
12/14/05

**FILED**
DEC 1 4 2005
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

cc: Matthew Roberts, Esq. (Via Telecopy 442.8290)
    Linda Alger, Probation Officer