# Memorandum

United States Attorney
Eastern District of California

| Subject | Date |
|---|---|
| <u>United States v. Engstrom</u>; CR 05-69 EJG; Sentencing Hearing | 21 March 2006 |

| To | From |
|---|---|
| C. LYDON<br>Deputy Clerk to the<br>Hon. Edward G. Garcia | S. ROBERT TICE-RASKIN<br>Ass't U.S. Attorney |

FILED
MAR 24 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

The parties agree and request the Court to continue sentencing from March 24, 2006 to June 16, 2006. Thank you.

## IT IS SO ORDERED

_[signature]_

cc: Matthew Roberts, Esq. (Via Telecopy 442.8290)
    Probation Officer