McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-05-069 EJG |
| Plaintiff, | UNOPPOSED APPLICATION AND ORDER |
| v. | AS MODIFIED* |
| MARY ENGSTROM, | DATE: June 16, 2006 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. E. J. Garcia |

**APPLICATION**

Plaintiff United States of America, through its undersigned counsel, hereby requests the Court to continue the sentencing for this matter from 10:00 a.m. to 1:30 p.m. for the same date so that government counsel may tend to a family matter. Defense counsel Matthew Roberts does not oppose this request.

DATED: June 15, 2006                     McGREGOR W. SCOTT
                                         United States Attorney

                                      by /s/ Tice-Raskin
                                         S. ROBERT TICE-RASKIN
                                         Assistant U.S. Attorney

1

**ORDER**

Good cause appearing therefor, it is hereby ordered that sentencing for this matter is continued from 10:00 a.m. to *2:00 p.m. on Friday, June 16, 2006.

IT IS SO ORDERED.

DATED: June 15, 2006

                                        /S/ Edward J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT