**FILED**

JUN 20 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARY ENGSTROM, )<br>)<br>Defendant. )<br>) | CR. No. S-05-069 EJG<br><br>SEALING ORDER<br><br>DATE:  June 16, 2006<br>TIME:  10:00 a.m.<br>COURT: Hon. E. J. Garcia |

Good cause appearing therefor, it is hereby ordered that the document filed in the above-captioned matter shall be filed under seal until further order of the court.

IT IS SO ORDERED.

DATED: June 16, 2006

_____
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT